```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  R. STEVEN LAPHAM
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )
12          Plaintiff,           )   NO. 2:12-CR-225 MCE
                                 )
13     v.                        )   APPLICATION FOR ORDER
                                 )   UNSEALING FILES
14  ZAKIR BABATOV,               )
                                 )
15          Defendant.           )
    _____)
16
17      On June 20, 2012, an indictment was filed in the above-
18  referenced case.  Since the defendant has now been arrested, it is
19  no longer necessary for the indictment to be sealed.  The government
20  respectfully requests that the indictment and this case be unsealed.
21  DATED: October 2, 2012
22                                  Respectfully submitted,
23                                  BENJAMIN B. WAGNER
                                    United States Attorney
24
25                                  By:/s/ R. Steven Lapham
                                       R. STEVEN LAPHAM
26                                     Assistant U.S. Attorney
27
28
```

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  R. STEVEN LAPHAM
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700

 5

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )
                                 )
12          Plaintiff,           )   NO. 2-12-CR-225 MCE
                                 )
13     v.                        )   ORDER UNSEALING
                                 )   FILES
14  ZAKIR BABATOV,               )
                                 )
15          Defendant.           )
    _____)
16

17      Upon application of the Government, and good cause appearing

18  therefore, IT IS HEREBY ORDERED that the files in the above-

19  referenced case be, and hereby are, UNSEALED.

20  DATED: October 2, 2012.

21

22                              _____
                                DALE A. DROZD
23                              UNITED STATES MAGISTRATE JUDGE

24  dad1.crim
    Babatov Unsealing.wpd
25

26

27

28
```