TASHA PARIS CHALFANT (SBN 207055)
THE LAW OFFICES OF TASHA PARIS CHALFANT
3175 Sunset Blvd., Suite 109
Rocklin, California 95677
Tel. (916) 444-6100
Fax (916) 930-6093
E-Mail: tashachalfant@gmail.com

Attorney for Defendant
ZAKIR BABATOV

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    )    No. 2:12-CR-00225 MCE
                                             )
            Plaintiff,                       )    STIPULATION REGARDING
                                             )    EXCLUDABLE TIME PERIODS UNDER
                                             )    SPEEDY TRIAL ACT; FINDINGS AND
v.                                           )    ORDER
                                             )
ZAKIR BABATOV,                               )
                                             )
                                             )
            Defendant.                       )
                                             )
                                             )

_____

**STIPULATION**

  Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

  1.  By previous order, this matter was set for status on March 28, 2013.

  2.  By this stipulation, the defendant now moves to continue the status conference until July 18, 2013, and to exclude time between March 28, 2013, and July 18, 2013, under Local Code T4. Plaintiff does not oppose this request.

  3.  The parties agree and stipulate, and request that the Court find the following:

  a.  The government has represented that the discovery associated with this case

includes approximately 973 pages of investigative reports and related documents in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b. Counsel for the defendant desires additional time to consult with her client, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with her client, to prepare pretrial motions, and to otherwise prepare for trial. Many of the witnesses for this case are out of state and travel for such will be taking place over the next couple of months. A great deal of indexing and organizing has taken place up to this point of being able to get a clear scope of the investigation needed.

c. Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 28, 2013, to July 18, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.


IT IS SO STIPULATED.

Dated:  March 21, 2013                                    U.S. ATTORNEY

                                              by:    /s/ Tasha Paris Chalfant for
                                                     LEE BICKLEY
                                                     Assistant U.S. Attorney
                                                     Attorney for Plaintiff


Dated: March 21, 2013                                    /s/  Tasha Paris Chalfant
                                                     TASHA PARIS CHALFANT
                                                     Attorney for Defendant
                                                     ZAKIR BABATOV



# O R D E R


        IT IS SO ORDERED.

DATED: March 27, 2013



_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE