TASHA PARIS CHALFANT (SBN 207055)
THE LAW OFFICES OF TASHA PARIS CHALFANT
3175 Sunset Blvd., Suite 109
Rocklin, California 95677
Tel. (916) 444-6100
Fax (916) 930-6093
E-Mail: tashachalfant@gmail.com

Attorney for Defendant
ZAKIR BABATOV

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )   No. 2:12-CR-00225 MCE
                                      )
    Plaintiff,                        )   STIPULATION REGARDING
                                      )   EXCLUDABLE TIME PERIODS UNDER
v.                                    )   SPEEDY TRIAL ACT; FINDINGS AND
                                      )   ORDER
ZAKIR BABATOV,                        )
                                      )
    Defendant.                        )
                                      )

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 18, 2013.

2. By this stipulation, the defendant now moves to continue the status conference until October 24, 2013, and to exclude time between July 18, 2013, and October 24, 2013, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The government has represented that the discovery associated with this case

1

includes approximately 973 pages of investigative reports and related documents in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

  b. Counsel for the defendant desires additional time to consult with her client and to continue conducting investigation. There are a large number of witnesses associated with this case which are both out of state and in the local region. As the investigation progresses, additional discovery issues are arising and counsel for defendant will be submitting supplemental requests for discovery. Furthermore, there are many related cases and counsel for defendant is still trying to ascertain which other defendants may contain relevant discovery. Once that request is made soon, additional time will be needed to review said discovery.

  c. Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d. The government does not object to the continuance.

  e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 18, 2013, to October 24, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 12, 2013      U.S. ATTORNEY

by: /s/Lee Bickley
LEE BICKLEY
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: July 12, 2013      /s/ Tasha Paris Chalfant
TASHA PARIS CHALFANT
Attorney for Defendant
ZAKIR BABATOV

# O R D E R

Pursuant to the parties' stipulation and good cause shown, IT IS HEREBY ORDERED that the status conference, currently set for July 18, 2013, is hereby vacated and **continued to October 24, 2013, at 9 a.m.** in Courtroom 7. It is further ORDERED that the time period between July 18, 2013, and October 24, 2013, is excluded from the calculation under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at Defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

Dated: July 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT