TASHA PARIS CHALFANT (SBN 207055)
THE LAW OFFICES OF TASHA PARIS CHALFANT
3175 Sunset Blvd., Suite 109
Rocklin, California 95677
Tel. (916) 444-6100
Fax (916) 930-6093
E-Mail: tashachalfant@gmail.com

Attorney for Defendant
ZAKIR BABATOV

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ZAKIR BABATOV,<br><br>    Defendant. | No. 2:12-CR-00225 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 24, 2013.

2. By this stipulation, the defendant now moves to continue the status conference until March 6, 2014, and to exclude time between October 24, 2013, and March 6, 2014, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The government has represented that the discovery associated with this case

includes approximately 973 pages of investigative reports and related documents in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b. Counsel for the defendant desires additional time to continue conducting investigation, obtain further discovery, examine evidence as well as consult with her client. We are still trying to locate some of the witnesses we deem relevant to this matter. Since the events took place years ago, and various versions of their names have been reported, many of the witnesses have been difficult to locate. It is still our belief that after various interviews are complete, we will be requesting further discovery. Also, we need to arrange for evidence inspection with the government when convenient for all parties. Finally, counsel for the defendant needs to confer with the defendant about the results of all these tasks before deciding how to proceed with the case.

c. Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 24, 2013, to March 6, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis

of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 21, 2013 U.S. ATTORNEY

　　　　　　　　　　　　　　　　　　　　by: /s/Lee Bickley
　　　　　　　　　　　　　　　　　　　　LEE BICKLEY
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: October 21, 2013　　　　　　　　　　/s/ Tasha Paris Chalfant
　　　　　　　　　　　　　　　　　　　　TASHA PARIS CHALFANT
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　ZAKIR BABATOV

**O R D E R**

IT IS SO ORDERED.

Dated: October 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT